UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORBUSNEICH MEDICAL CO., LTD., BVI, and          *
ORBUSNEICH MEDICAL INC.,                         *
                                                 *
                                                 *
          Plaintiffs,                            *
                                                 *
     v.                                          *          Civil Action No. 09-10962-JLT
                                                 *
BOSTON SCIENTIFIC CORPORATION,                   *
                                                 *
          Defendant.                             *

ORDER

March 22, 2010

TAURO, J.

     Having ruled on Defendant's Motion to Dismiss Plaintiff's Amended Non-Patent Claims

Under Rule 12(b)(6) [#60] in an Order [#79] dated March 18, 2010, this court hereby orders that

Defendant's Motion to Dismiss Plaintiff's Non-Patent Claims Under Rule 12(b)(6) [#50] is

DENIED AS MOOT.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                   United States District Judge