**U.S. Patent No. 7,329,277 Preliminary Non-Infringement Contentions Claim Chart: Analysis over Liberté**

| Claim | Claim Element | Accused Component | Basis of Non-Infringement Contention |
|---|---|---|---|
| 31. | The stent of claim 1, wherein each main body cylindrical element comprises: | A plurality of cylindrical elements 10 are present in Liberté as depicted in Ex. 1 below. | The Liberté does not infringe this claim for the reasons set forth below with respect to claim 1. |



2

|  | | | |
|---|---|---|---|
| | (1) a first plurality of the expandable circumferential segments | These are the plurality of expandable circumferential segments 1 in each main body cylindrical element 10 as depicted in Ex. 1. | "The expandable circumferential segments" refer to the expandable circumferential segments in claim 1, which Liberte lacks for the reasons set forth below in claim 1. |
| | (2) a second plurality of circumferential segments, | As found in the more detailed analysis for claim 1, there is a second plurality of circumferential segments **2** in each cylindrical element **10** as depicted in Ex. 1.<br><br>Circumferential segments **1** and **2** are not the same elements because they have different shapes and cannot be superimposed on top of each other. | The Liberté lacks a second plurality of circumferential segments and therefore does not satisfy this claim element. The Liberté is composed only of a first plurality of circumferential segments. All of the segments of the Liberté are the same segments oriented in different directions. |
| | wherein the first and second pluralities of circumferential segments are joined to each other by the connecting-segment portions of the helical segments, thereby forming the cylindrical element, and further wherein the first and second pluralities of circumferential segments comprise a majority of the circumference of each cylindrical element. | Circumferential segments **1** and **2** in Liberté, are connected by the substantially H-shaped elements **3**, are joined together to have the shape of a cylinder, depicted as cylindrical elements **10** in Ex. 1. Element **3** is the connecting-segment portions of the helical elements **20** and **30**, as depicted in Ex. 1.<br><br>The first and second plurality of circumferential segments **1** and **2** comprise a majority of the circumference of the cylindrical element **10**. | The Liberté lacks a second plurality of circumferential segments and therefore does not satisfy this claim element. The Liberté is composed only of a first plurality of circumferential segments. All of the segments of the Liberté are the same segments oriented in different directions. In addition, the Liberté stent lacks helical segments and "connecting-segment portions" and therefore does not satisfy this claim element. The Liberté is composed only of cylindrical expansion columns joined together at junctions. |

| 32. | The stent of claim 31, wherein the first circumferential segments alternate with the second circumferential segments. | As depicted in Ex. 1, circumferential segments **1** and **2** alternate with each other to form the cylindrical element **10**. | The Liberté does not infringe this claim for the reasons set forth above for claim 31. In addition, the Liberté lacks a second plurality of circumferential segments and therefore does not satisfy this claim element. The Liberté is composed only of a first plurality of circumferential segments. All of the segments of the Liberté are the same segments oriented in different directions. |
|---|---|---|---|
| 33. | The stent of claim 31 or 32, wherein the circumferential dimensions of the first and second pluralities of circumferential segments are equal | Circumferential segments **1** and **2**, as depicted in Ex. 1, appear to have the same circumferential dimensions. | The Liberté does not infringe this claim for the reasons set forth above for claims 31 or 32. In addition, the Liberté lacks a second plurality of circumferential segments and therefore does not satisfy this claim element. The Liberté is composed only of a first plurality of circumferential segments. All of the segments of the Liberté are the same segments oriented in different directions. |

4

| 1b | a plurality of expandable helical segments that comprise<br><br>(a) expandable circumferential segments each having a single substantially S-shaped portion and<br>(b) substantially H-shaped connecting segments; and | Expandable helical segments are presented in Liberye, and they are depicted as 20 and 30 in Ex. 1. There are a plurality of these expandable helical segments 20 and 30 in each stent as shown in Ex. 1.<br><br>Expandable circumferential segments, as depicted as 1 and 2 in Ex. 1, are a helical segment as depicted in Ex. 1. These expandable circumferential segments each have a single substantially S-shaped portion as depicted in Ex. 1.<br><br>This "S" shape is more evident from examining the enlarged portion of Liberté in its unexpanded state below.<br><br> | The Liberté stent lacks helical segments and therefore does not satisfy this claim element. The Liberté is composed only of cylindrical expansion columns joined together at junctions. In addition, the Liberté lacks substantially S-shaped portions. The Liberté also lacks H-shaped connecting segments; it is composed of expansion columns joined together at junctions. Even assuming for the sake of argument that the Liberté contains helical segments as alleged by Orbus, these helical segments do not comprise expandable circumferential segments each having a single substantially S-shaped portion. |

|  |  |  |  |
|---|---|---|---|
|  |  | These helical segments in Liberté also contain substantially H-shaped segments 3, which connect circumferential segments. These segments, depicted as 3 in Ex. 1, are substantially H-shaped connecting segments. |  |
| 1c | a plurality of main body cylindrical elements having collinear cylindrical axes, the main body cylindrical elements being adjacent to one another and being attached to one another by the connecting-segment portions of the helical segments. | Circumferential segments **1** and **2** in Liberté, connected by the substantially H-shaped elements **3**, are joined together to have the shape of a cylinder, shown as cylindrical elements **10** in Ex. 1.<br><br>There are a plurality of these cylindrical elements in the main body of Liberté, and they are adjacent to one another and aligned with each other, and have collinear cylindrical axes, as depicted in Ex. 1.<br><br>The adjacent cylindrical elements **10** are connected by substantially H-shaped elements **3**, which are connecting-segment portions of helical segments **20** and **30**. | The Liberté stent lacks helical segments and therefore does not satisfy this claim element. The Liberté also lacks "connecting-segment portions" and therefore does not satisfy this claim element. The Liberté is composed only of cylindrical expansion columns joined together at junctions. |
| 1d | each main body cylindrical | All main body cylindrical elements **10** appear to | The Liberté stent lacks helical segments and |

| | | |
|---|---|---|
| element having a circumference that is substantially identical to that of an adjacent cylindrical element and comprising a plurality of circumferential segments joined together by the connecting-segment portions of the helical segments, thereby forming the cylindrical element, and the plurality of circumferential segments comprising a majority of the circumference of each cylindrical element. | have substantially identical circumferences. These main body cylindrical elements **10** are formed from a plurality of substantially S-shaped circumferential segments **1** and **2**, and they are joined together by the substantially H-shaped connecting segments as shown in Ex. 1. These substantial H-shaped connecting segments, are the connecting-segment portions of the helical segment **20** and **30**. The **plurality** of substantially S-shaped circumferential segments comprise a majority of the circumference of the cylindrical element **10.** | "connecting-segment portions" and therefore does not satisfy this claim element. The Liberté is composed only of cylindrical expansion columns joined together at junctions. Assuming for the sake of argument that the Liberté has substantially S-shaped portions and helical segments as Orbus alleges, then the Liberté would lack "a plurality of circumferential segments" in this claim element because all of the elements of the Liberté would be the substantially S-shaped portions of helical segments and there would be no "circumferential segments" that were not the substantially S-shaped portions of helical segments. Alternatively, assuming for the sake of argument that the Liberté has helical segments as Orbus alleges, then the Liberté would still lack the plurality of circumferential segments comprising a majority of the circumference of each cylindrical element. The number and dimensions of the expandable circumferential segments forming an alleged helical segment, identified by Orbus, and the circumferential segments forming the cylindrical elements, identified |

| | | | by Orbus, are the same and thus the circumference is not comprised of a majority of either. |
|---|---|---|---|